KEKER & VAN NEST LLP
BENEDICT Y. HUR - # 224018
bhur@kvn.com
PAVEN MALHOTRA - # 258429
pmalhotra@kvn.com
THOMAS E. GORMAN - # 279409
tgorman@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:   415 391 5400
Facsimile:    415 397 7188

Attorneys for Movants
STORM8 STUDIOS LLC and TEAMLAVA LLC


JENNIFER L. KELLY (CSB No. 193416)
jkelly@fenwick.com
LIWEN MAH (CSB No. 239033)
lmah@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: 415.875.2300
Facsimile: 415.281.1350

Attorneys for
KING.COM LIMITED, a Malta Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In re* Ex Parte Application of<br><br>KING.COM LIMITED, a Malta Corporation,<br><br>   Applicant,<br><br>   v.<br><br>STORM8 STUDIOS LLC and TEAMLAVA LLC,<br><br>   Movants. | Case No. 3:16-mc-80070-JCS<br>Date Filed:    March 24, 2016<br><br>**STIPULATION** |

Applicant King.com Limited ("King") and movants Storm8 Studios LLC and TeamLava LLC (collectively "Storm8") agree to and enter the following stipulation, by and through their respective attorneys of record.

WHEREAS, on April 5, 2016, this Court granted King's *ex parte* application under 28 U.S.C. § 1782 to obtain discovery for use in foreign proceedings in Malta, specifically subpoenas for production of documents and for taking depositions of TeamLava, Storm8, Chief Executive Officer Perry Tam, Chief Product Officer William Siu, and Chief Technology Officer Chak Ming Li (Dkt. No. 3);

WHEREAS, King served subpoenas for production of documents and for taking depositions of TeamLava, Storm8, Chief Executive Officer Perry Tam, Chief Product Officer William Siu, and Chief Technology Officer Chak Ming Li;

WHEREAS, on May 26, 2016, Storm8 filed a Declination of Magistrate Judge Jurisdiction (Dkt. No. 7), King objected to that procedure as improper (Dkt. No. 8), and Storm8 filed a response asserting that the declination was proper (Dkt. No. 13);

WHEREAS, on May 26, 2016, Storm8 filed a motion to quash King's subpoenas (Dkt. No. 8);

WHEREAS, King objects to and opposes Storm8's motion to quash;

WHEREAS, on June 8, 2016, King filed a stipulation where King and Storm8 agreed to confer in good faith and stipulate to a briefing and hearing schedule following the Court's decision on Storm8's Declination of Magistrate Judge Jurisdiction (Dkt. No. 14); and

WHEREAS, the Court has requested that the parties meet and confer and e-file a stipulation as to a briefing schedule on the motion to quash;

WHEREAS, the parties have met and conferred and propose the following briefing schedule on the motion to quash.

IT IS HEREBY STIPULATED that:

1. King shall file an opposition to Storm8's motion to quash by July 1, 2016.
2. Storm8 shall file the reply by July 22, 2016.

3. Storm8's motion to quash shall be heard on August 5, 2016 at 2:00 p.m. in Courtroom G (15th Floor), 450 Golden Gate Avenue, San Francisco, CA 94102.

| | | |
|---|---|---|
| Dated: June 10, 2016 | | KEKER & VAN NEST LLP |
| | By: | /s/ *Benedict Y. Hur* <br> BENEDICT Y. HUR <br> PAVEN MALHOTRA <br> THOMAS E. GORMAN |
| | | Attorneys for Movants STORM8 STUDIOS LLC and TEAMLAVA LLC |

| | | |
|---|---|---|
| Dated: June 10, 2016 | | FENWICK & WEST LLP |
| | By: | /s/ *Jennifer L. Kelly* <br> JENNIFER L. KELLY <br> LIWEN MAH |
| | | Attorneys for Applicant KING.COM |

PURSUANT TO STIPULATION, IT IS SO ORDERED

Dated: June ~~10~~ 12, 2016

The Honorable
CHIEF MAGISTRATE JUDGE

[Signature: Judge Joseph C. Spero, United States District Court, Northern District of California]

**ATTESTATION PURSUANT TO LOCAL RULE 5-1(i)(3)**

Pursuant to Local Rule 5-1(i)(3), regarding signatures, I attest that the concurrence in the filing of this document has been obtained from its signatories.

Dated: June 10, 2016

By: /s/ Jennifer L. Kelly<br>
Jennifer L. Kelly<br>
Attorneys for Applicant<br>
KING.COM LIMITED